IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ALVIN LUCKETT,                )
                              )
          Plaintiff,          )       8:14CV234
                              )
     v.                       )
                              )
MIA CRAFT,                    )       MEMORANDUM OPINION
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff Alvin Luckett's ("Luckett") Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). On August 11, 2014, Luckett mailed two documents to the clerk's office of the United States District Court for the District of Nebraska, a "Motion for Writ of Replevin" (Filing No. 1) and an Application to Proceed in Forma Pauperis (Filing No. 2). The caption in both documents suggests that Luckett intended to file this action in the state courts of Mississippi. (*See* case caption in Filing No. 1 at CM/ECF p. 1 ("IN THE JUSTICE COURT OF UNKNOWN COUNTY, MISSISSIPPI") and case caption in Filing No. 2 at CM/ECF p. 1 ("APPLICATION TO PROCEED IN FORMA PAUPERIS IN THE COURTS OF THE STATE OF MISSISSIPPI").) Thus, because it appears from the face of the pleadings that Luckett did not intend to file an action in *this* Court, the undersigned judge will deny leave to proceed in forma pauperis and dismiss this matter without prejudice to reassertion in the

intended forum.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 14th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

-2-